CALISTE C. MARTEL and Others, as Executors, etc., of HENRY A. VIEU, Deceased, Respondents, v. ERNEST ISELIN and Others, Appellants.— Since the matters alleged in connection with the denials constitute neither complete nor partial defenses to the cause of action alleged, they need not be separately stated and numbered or specifically set forth. While we consider the pleading inartistic, nevertheless, since it contains qualified denials, we cannot say that it is improper under the provisions of the Civil Practice Act as it now exists. Order, so far as appealed from, granting in part plaintiffs' motion for an order requiring the defendants to serve an amended answer stating and numbering the facts constituting each defense, unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE 134 WILLIAM STREET CO., INC., v. THOMAS M. LYNCH, as an Individual and as Former President of the State Tax Commission, and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THEODORE J. SERVISS, as Receiver of the Property of JOSEPH KATZ, etc., v. MERCANTILE BANK AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOUIS ROSENBLATT v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LENA RINZLER, Also Known as LENA LEIB, Suing as LENA RINSLER, Also Known as LENA LEIB, v. CITIZENS SAVINGS BANK, Sued as CITIZENS SAVINGS BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THOMPSON-STARRETT COMPANY, INC., v. OTIS ELEVATOR COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EVELYN BANNON v. JOSEPH D. BANNON.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See 245 App. Div. 521.] Present — Townley, Merrell, Glennon and Untermyer, JJ.

ROSA SANCHEZ, as Administratrix, etc., of FRANCISCO SANCHEZ, Deceased, v. W. R. GRACE & COMPANY and GRACE STEAMSHIP COMPANY.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

WILLIAM J. LYONS v. NEW YORK WORLD-TELEGRAM CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of LOUIS DURR and LOUISE DURR v. PARAGON TRADING CORPORATION, a Domestic Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for a stay, denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.